UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                          :

STRIKE 3 HOLDINGS, LLC,              :

                                           :       Case No. 1:18-cv-01580-KPF

                     Plaintiff,         :

                                           :

                       vs.                :

                                           :

JOHN DOE subscriber assigned IP address    :

158.222.204.38,                          :

                                           :

                     Defendant.     :
-----------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings,

LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber

assigned IP address 158.222.204.38, are voluntarily dismissed without prejudice.

Dated:  June 11, 2018                     Respectfully submitted,

                                           **FOX ROTHSCHILD, LLP**

                                           By:  /s/ *Shireen Nasir*
                                               Shireen Nasir, Esq.
                                               snasir@foxrothschild.com
                                               101 Park Avenue
                                               17th Floor
                                               New York NY 10178
                                               Tel.: (212) 878-7900
                                               Fax: (212) 692-0940
                                               www.foxrothschild.com
                                               *Attorneys for Plaintiff*